**FILED**

JAN 20 2026

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 26 CR 50002 |
| v. | ) | |
| | ) | Magistrate Judge Iasparro |
| NOE ANTONIO MARTINEZ-CHAVEZ | ) | |

## AFFIDAVIT IN REMOVAL PROCEEDING

I, GARRET JACKSON, personally appearing before United States Magistrate Judge Michael F. Iasparro and being duly sworn on oath, state that as a federal law enforcement officer I have been informed that NOE ANTONIO MARTINEZ-CHAVEZ has been charged by indictment in the Northern District of Iowa Eastern Division case 25 CR 01049 with the following criminal offense: conspiracy to distribute a controlled substance in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A); distribution of a controlled substance in violation of Title 21, United States Code, Sections 841(a)(1) and 842(b)(1)(C); possession with intent to distribute a controlled substance in violation of Title 21, United States Code, Section 841(a)(1); and use or possession of false identity documents in violation of Title 18 United States Code, Section 1546(a).

A copy of the indictment is attached. A copy of the arrest warrant also is attached.

GARRET JACKSON
Special Agent
Federal Bureau of Investigations

SUBSCRIBED AND SWORN to before me this _20th_ day of January, 2026.

Michael F. Iasparro
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN (DUBUQUE) DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 25-CR-01049 |
| | ) | |
| Plaintiff, | ) | **INDICTMENT** |
| | ) | |
| vs. | ) | |
| | ) | **Count 1** |
| NOE ANTONIO MARTINEZ-CHAVEZ, | ) | 21 U.S.C. §§ 846, 841(b)(1)(A) |
| | ) | Conspiracy to Distribute a |
| Defendant. | ) | Controlled Substance |
| | ) | |
| | ) | **Counts 2-8** |
| | ) | 21 U.S.C. §§ 841(a)(1), 842(b)(1)(C) |
| | ) | Distribution of a Controlled |
| | ) | Substance |
| | ) | |
| | ) | **Count 9** |
| | ) | 21 U.S.C. § 841(a)(1) |
| | ) | Possession with Intent to Distribute |
| | ) | a Controlled Substance |
| | ) | |
| | ) | **Count 10** |
| | ) | 18 U.S.C. § 1546(a) |
| | ) | Use or Possession of False Identity |
| | ) | Documents |
| | ) | |

The Grand Jury charges:

## Count 1

### Conspiracy to Distribute a Controlled Substance

Between on or about January 2018, and continuing to on or about November

19, 2024, in the Northern District of Iowa and elsewhere, defendant NOE

ANTONIO MARTINEZ-CHAVEZ did knowingly and intentionally combine,

conspire, confederate, and agree with persons known and unknown to the Grand

Jury to distribute 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

This was in violation of Title 21, United States Code, Section 846 and 841(b)(1)(A).

## Count 2

### Distribution of a Controlled Substance

On or about January 12, 2021, in the Northern District of Iowa, defendant NOE ANTONIO MARTINEZ-CHAVEZ did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

This was in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## Count 3

### Distribution of a Controlled Substance

On or about January 18, 2021, in the Northern District of Iowa, defendant NOE ANTONIO MARTINEZ-CHAVEZ did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

This was in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

1

### Count 4

**Distribution of a Controlled Substance**

On or about January 21, 2021, in the Northern District of Iowa, defendant NOE ANTONIO MARTINEZ-CHAVEZ did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

This was in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### Count 5

**Distribution of a Controlled Substance**

On or about February 3, 2021, in the Northern District of Iowa, defendant NOE ANTONIO MARTINEZ-CHAVEZ did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

This was in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### Count 6

**Distribution of a Controlled Substance**

On or about October 2, 2024, in the Northern District of Iowa, defendant NOE ANTONIO MARTINEZ-CHAVEZ did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

2

This was in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## Count 7

### Distribution of a Controlled Substance

On or about October 7, 2024, in the Northern District of Iowa, defendant NOE ANTONIO MARTINEZ-CHAVEZ did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance and a mixture or substance containing a detectable amount of psilocyn, a Schedule I controlled substance.

This was in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## Count 8

### Distribution of a Controlled Substance

On or about November 18, 2024, in the Northern District of Iowa, defendant NOE ANTONIO MARTINEZ-CHAVEZ did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

This was in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## Count 9

### Possession with Intent to Distribute a Controlled Substance

On or about November 27, 2024, in the Northern District of Iowa, defendant NOE ANTONIO MARTINEZ-CHAVEZ did knowingly and intentionally possess,

3

with intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, and a mixture of substance containing a detectable amount of psilocyn, a Schedule I controlled substance.

This was in violation of Title 18, United States Code, Section 2, and Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

### Count 10

### Unlawful Possession of Identification Documents

On or about November 27, 2024, in the Northern District of Iowa, defendant, NOE ANTONIO MARTINEZ-CHAVEZ , knowingly possessed one or more documents prescribed by statute or regulation for entry into or as evidence of authorized stay or employment in the United States, that is, a social security card bearing an account number with the last four digits "8573;" which document defendant knew had been forged, counterfeited, falsely made, and otherwise unlawfully obtained.

This was in violation of Title 18, United States Code, Section 1546(a).

LEIF OLSEN
United States Attorney

By:

PATRICK J. REINERT
Assistant United States Attorney

A TRUE BILL

▬▬▬▬▬▬▬▬▬▬▬▬    12/16/2025
Grand Jury Foreperson          Date

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY

And filed 12/16/2025
PAUL DE YOUNG, CLERK

4

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Iowa

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   25-CR-01049 |
| | ) | |
| Noe Antonio MARTINEZ-CHAVEZ | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Noe Antonio MARTINEZ-CHAVEZ                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment       ☐ Superseding Indictment       ☐ Information       ☐ Superseding Information       ☐ Complaint
☐ Probation Violation Petition       ☐ Supervised Release Violation Petition       ☐ Violation Notice       ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute a Controlled Substance in violation of Title 21, United States Code, Sections 846, 841(b)(1)(A);
Distribution of a Controlled Substance in violation of Title 21, United States Code, Sections 841(a)(1), 842(b)(1)(C);
Possession with Intent to Distribute a Controlled Substance in violation of Title 21, United States Code Section 841(a)(1);
and Use or Possession of False Identity Documents in violation of Title 18, United States Code Section 1546(a).

Date:   12/16/2025

_____
*Issuing officer's signature*

City and state:          Cedar Rapids, Iowa                    MARK A. ROBERTS, United States Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____          _____ *Arresting officer's signature* |
| _____ *Printed name and title* |

Case 2:25-cr-01049-CJW-MAR *SEALED*     Document 4 (Ex Parte)     Filed 12/16/25
Page 1 of 1